IN RE Bauer, Holly J.                                                Case No. **03-21921**

Debtor(s)

## AMENDED SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family. Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---:|
| Rent or home mortgage payment (include lot rented for mobile home) | $ 185.00 |
| Are real estate taxes included?    Yes ____ No ✓ | |
| Is property insurance included?    Yes ____ No ✓ | |
| Utilities: Electricity and heating fuel | $ 60.00 |
|      Water and sewer | $ |
|      Telephone | $ 50.00 |
|      Other **TV Cable And Internet Service** | $ 60.00 |
|         **Solid Waste** | $ 15.00 |
| | $ |
| Home maintenance (repairs and upkeep) | $ 70.00 |
| Food | $ 300.00 |
| Clothing | $ 60.00 |
| Laundry and dry cleaning | $ 50.00 |
| Medical and dental expenses | $ 160.00 |
| Transportation (not including car payments) | $ 180.00 |
| Recreation, clubs and entertainment, newspapers, magazines, etc. | $ 60.00 |
| Charitable contributions | $ 3.00 |
| Insurance (not deducted from wages or included in home mortgage payments) | |
|   Homeowner's or renter's | $ |
|   Life | $ |
|   Health | $ |
|   Auto | $ 30.00 |
|   Other  **Home Insurane** | $ 14.00 |
| | $ |
| | $ |
| Taxes (not deducted from wages or included in home mortgage payments) | |
| (Specify) **State Income Taxes (Not Withheld)** | $ 111.00 |
|      **Property Taxes** | $ 16.00 |
| | $ |
| Installment payments (in chapter 12 and 13 cases, do not list payments to be included in the plan) | |
|   Auto | $ |
|   Other | $ |
| | $ |
| Alimony, maintenance, and support paid to others | $ 199.01 |
| Payments for support of additional dependents not living at your home | $ |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ |
| Other | $ |
| | $ |
| | $ |
| | $ |
| **TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules)** | $ 1,623.01 |

(FOR CHAPTER 12 AND 13 DEBTORS ONLY)
Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly, annually, or at some other regular interval.

| | | |
|---|---|---:|
| A. | Total projected monthly income | $ 1,736.25 |
| B. | Total projected monthly expenses | $ 1,623.01 |
| C. | Excess income (A minus B) | $ 113.24 |
| D. | Total amount to be paid into plan each **Monthly** | $ 153.00 |

(interval)

AMENDED SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

I declare under penalty of perjury that I have read the foregoing Amended Schedule J, Current Expenditures of Individual Debtors, consisting of 1 page and that it is true and correct to the best of my knowledge, information and belief.

Dated this 3rd day of March, 2004.

Holly J. Bader
Debtor