Converted from BANCAP

UNITED STATES BANKRUPTCY COURT
DISTRICT OF IDAHO

In Re.:                          )     CHAPTER 13
                             )
Bauer,   Holly J.          )
                             )     CASE NO.  0321921
                             )
                             )     ORDER CONFIRMING
                             )     CHAPTER 13 PLAN AND
                             )     GRANTING RELATED MOTIONS
                             )
_____)

     This case came on for hearing at its regularly scheduled time. The Court after reviewing the filed plan pleading and hearing the arguments or stipulations of the parties finds that the Chapter 13 Plan filed on 01/09/04 as amended below can be confirmed.

     Effective April 2004 debtors' plan payment will be increased to $153.00.

     Debtor will turn the balance of any unused savings for State Tax's over to the Trustee at the end of the plan for the benefit of unsecured creditors.

     Attorney fees will be increased to $1,020.00, this is in additon to the $600.00 received pre-petition.

     IT IS HEREBY ORDERED THAT the above identified Chapter 13 plan is hereby confirmed and the related motions contained therein are granted, fixing of fair market values of Secured claims as follows:

| CREDITOR | COLLATERAL | ALLOWED SEC. VALUE |
|----------|------------|--------------------|
|          | N O N E    |                    |

     PURSUANT TO THE motion of debtor contained in the debtor's plan and 11usc 522(f)(1)(A), the judicial liens of the following creditors are avoided.

| CREDITOR | DESCRIPTION OF JUDGMENT LIEN | CTY & INSTRUMENT NUMBER |
|----------|------------------------------|-------------------------|
|          | N O N E                      |                         |

Dated: ___3/9/04___

_____
CHAPTER 13 TRUSTEE

_____
U.S. Bankruptcy Judge

_____
Debtor(s) Attorney

MAR-09-04 10:09 AM   BARRY ZIMMERMAN TRUSTEE   P.02

03/04/2004 10:10 FAX  2008844707        C BARRY ZIMMERMAN TRUSTEE - RAY BARKER          ☑002/002

UNITED STATES BANKRUPTCY COURT
DISTRICT OF IDAHO

In Re:                                )      CHAPTER 13
                                      )
Sauer, Holly J.                       )      CASE NO.  0321921
                                      )
                                      )      ORDER CONFIRMING
                                      )      CHAPTER 13 PLAN AND
                                      )      GRANTING RELATED MOTIONS
                                      )
                                      )
_____     )

This case came on for hearing at its regularly scheduled time. The Court after reviewing the filed plan pleading and hearing the arguments or stipulations of the parties finds that the Chapter 13 Plan filed on  01/09/04 as amended below can be confirmed.

Effective April 2004 debtors' plan payment will be increased to $155.00.

Debtor will turn the balance of any unused savings for State tax s over to the Trustee at the end of the plan for the benefit of unsecured creditors.

Attorney fees will be increased to $1,020.00. this be in addition to the $500.00 received pre-petition.

IT IS HEREBY ORDERED THAT the above identified Chapter 13 plan is hereby confirmed and the related motions contained therein are granted. fixing of fair market values of Secured claims as follows:

| CREDITOR | COLLATERAL | ALLOWED SEC. VALUE |
|----------|------------|--------------------|
|          | N O N E    |                    |

PURSUANT TO THE motion of debtor contained in the debtor's plan and 11usc 522(f)(1)(A), the judicial liens of the following creditors are avoided.

| CREDITOR | DESCRIPTION OF JUDGMENT LIEN | CTY & INSTRUMENT NUMBER |
|----------|------------------------------|-------------------------|
|          | N O N E                      |                         |

Dated: _____

_____
CHAPTER 13 TRUSTEE

U.S. Bankruptcy Judge

_____
Debtor(s) Attorney

CERTIFICATE OF MAILING

I, the undersigned, hereby certify that a copy of the foregoing instrument was mailed to the following person(s) at the address(es) shown by placing the same in the U.S. Post Office, postage prepaid, on the date shown below:

DATED: 3/10/04

by _Jean Gewells_
Deputy

Holly J.  Bauer
2990 E. Palouse River Dr. #304

Moscow, ID  83843


D. RAY BARKER
ATTORNEY AT LAW
P.O. 9408
MOSCOW, ID  83843