C. Barry Zimmerman,
P. O. Box 1240, Coeur d'Alene, Id 83816
Phone (208) 664-6100

UNITED STATES BANKRUPTCY COURT
DISTRICT OF IDAHO

IN RE:                        )
                              )    CHAPTER 13
Bauer,                        )
Holly J.                      Case No.  0321921
                              )
              Debtor(s) )    TRUSTEE'S MOTION TO DISMISS
                              )    AND NOTICE
_____ )

MOTION TO DISMISS

        COMES NOW the undersigned Chapter 13 Trustee, and
pursuant to 11USC1307(c) hereby moves to dismiss this case
for "cause" including the following:

Debtor's plan pmts. are delinquent for total of   $460.00

ARREARAGE DOES NOT INCLUDE PMTS. DUE AFTER  11/29/04

        NOTICE OF RIGHT TO OBJECT TO DISMISSAL
        AND TO REQUEST A HEARING

TO:  The above Debtor(s) and to their Attorney

        YOU ARE HEREBY NOTIFIED THAT if you object to entry of
and Order Dismissing this Chapter 13 case for the cause
stated above, YOU ARE REQUIRED TO CONTACT THE CHAPTER 13
TRUSTEE at the above address to either (A) request that this
motion be set before the Court for hearing; or (B) to make
arrangements with the Chapter 13 Trustee to cure any default
under the Chapter 13 Plan.

        YOU ARE FURTHER HEREBY NOTIFIED THAT if you fail to
contact the Chapter 13 Trustee within 20 days of the date of
service of this motion, that the Chapter 13 Trustee will
present an Order Dismissing this case to the Court for entry
without further notice to your or a hearing.

Dated:  11/29/04

_____
            Chapter 13 Trustee

Certificate of Service

The undersigned hereby certifies that a true copy of
this Trustee's Motion to Dismiss and Notice, to the Debtors
and to their attorney (if any) at the address(es) and on the
date shown below:


Holly J.  Bauer
P.O. Box 3424
Moscow, ID  83843

D. RAY BARKER
ATTORNEY AT LAW
P.O. 9408
MOSCOW, ID  83843



Dated:   11/29/04