C. Barry Zimmerman, Trustee
P.  O.  Box 1240, Coeur d'Alene, Id 83816
Phone (208) 664-6100

UNITED STATES BANKRUPTCY COURT
DISTRICT OF IDAHO

```
IN RE:                      )
                            )    CHAPTER 13
 Bauer,                     )
 Holly J.            Case No.  0321921
                            )
           Debtor(s) )   TRUSTEE'S MOTION TO DISMISS
_____ )   AND NOTICE
```

MOTION TO DISMISS

        COMES NOW the undersigned Chapter 13 Trustee, and
pursuant to 11USC1307(c) hereby moves to dismiss this case
for "cause" including the following:

Debtor's plan pmts. are delinquent for total of   $572.00

ARREARAGE DOES NOT INCLUDE PMTS. DUE AFTER  06/03/05

NOTICE OF RIGHT TO OBJECT TO DISMISSAL
AND TO REQUEST A HEARING

TO:  The above Debtor(s) and to their Attorney

        YOU ARE HEREBY NOTIFIED THAT if you object to entry of
and Order Dismissing this Chapter 13 case for the cause
stated above, YOU ARE REQUIRED TO CONTACT THE CHAPTER 13
TRUSTEE at the above address to either (A) request that this
motion be set before the Court for hearing; or (B) to make
arrangements with the Chapter 13 Trustee to cure any default
under the Chapter 13 Plan.

        YOU ARE FURTHER HEREBY NOTIFIED THAT if you fail to
contact the Chapter 13 Trustee within 20 days of the date of
service of this motion, that the Chapter 13 Trustee will
present an Order Dismissing this case to the Court for entry
without further notice to your or a hearing.

Dated:  06/03/05


                        /S/ C. Barry Zimmerman
                            Chapter 13 Trustee

                    CERTIFICATE OF SERVICE

 I hereby certify that on  06/03/05, I electronically
filed the foregoing with the Clerk of the Court using CM/ECF
system which sent a Notice of Electronic Filing to the following
persons:

 D. RAY BARKER, ATTORNEY



    And, I hereby certify that I have mailed by United States
Postal Service the foregoing documents(s) to the following
non-CM/ECF Registered Participants(s).



Holly J.  Bauer
P.O. Box 3424
Moscow,  ID  83843



                              /s/ DANE CARLSON, Administrator