C. Barry Zimmerman
Chapter 13 Trustee
P.O. Box 1240
Coeur d' Alene, Id  83816
Ph:  (208)664-6100
Fax: (208)664-4737

                    UNITED STATES BANKRUPTCY COURT
                         DISTRICT OF IDAHO
In Re:                          )   Chapter 13
                                }
 Bauer,  Holly J.               }
                                )   Case No.  0321921
                                )
                                )   CERTIFICATE OF COMPLETION
                                )
                                )
_____)

    C. Barry Zimmerman, Chapter 13 Trustee in the above captioned
matter, hereby certifies that to the best of his knowledge,
information and belief the above-named debtor(s) has completed
all payments due under the Chapter 13 plan.  The trustee will
file a Final Report and Account when all checks issued in this
case have cleared the payor bank.  The trustee recommends that
the debtor(s) be granted a discharge pursuant to 11 U.S.C.
1328(a).

DATED:  03/26/07

                                /S/ C. Barry Zimmerman
                                 Chapter 13 Trustee